AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

FSI Fabrication LLC,

*Plaintiff*

v.

Diller Equipment LLC, et al.,

*Defendant*

Civil Action No. 1:17-CV-3177-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff FSI Fabrication LLC's Motion for Voluntary Dismissal With Prejudice and Without an Award of Attorney's Fees, ECF No. 11 is GRANTED.
The Complaint, ECF No. [1], is DISMISSED WITH PREJUDICE.
Judgment is entered in favor of all Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for Voluntary Dismissal With Prejudice and Without an Award of Attorney's Fees, ECF No. 11.

Date: January 16, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer